## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO




JAIME SANTIAGO ACOSTA,
ET AL.

       VS.                     CIVIL NO. __98-2328__ (JAF)

HON. LUIS OLIVER CANABAL,
ET AL.

---

### DESCRIPTION OF MOTION

DATE FILED: 8/23/99  DOCKET: 16    TITLE: MOTION REQUESTING LEAVE TO WITHDRAW

[ ] Plaintiff(s)
[X] Defendant(s)

### O-R-D-E-R

XX GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: DOCKET DOCUMENT NO. 17, FILED 8/26/99, IS **NOTED AND GRANTED.**

September 13, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE