UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO ACOSTA, et al

    Plaintiff(s)

        v.                           CIVIL NUMBER: 98-2328 (JAG)

Mayor LUIS OLIVER CANABAL, et al

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/20/00<br>**Title:** Motion Requesting Leave to Withdraw<br>**Docket:** 22<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED** as requested. |

Date: 09/08/00

JAY A. GARCIA-GREGORY
U.S. District Judge