IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al

    **Plaintiff(s)**

        v.                            CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et al

    **Defendant(s)**

### ORDER

The Court hereby refers all pending dispositive motions in this case to Magistrate-Judge Gustavo A. Gelpí for a Report and Recommendation. Magistrate-Judge Gelpí shall rule on any pending non-dispositive motions as he deems necessary to resolve the pending dispositive motions.

Given the Court's heavily congested docket, the parties are strongly encouraged to consider the possibility of consenting to trial before Magistrate-Judge Gelpí.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of January 2002.

JAY A. GARCIA-GREGORY
United States District Judge

s/cs:to (5)
attys/pts
in ICMS
1/22/02