IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et. al.

Plaintiffs

v.                                                    CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et. al.

Defendants

---

### ORDER

A status conference in this case is hereby set for **Thursday, February 7, 2002 at 9:45 a.m.**.

At said conference the Court will set a case management timetable. The parties shall also inform the Court whether they consent to the exercise of jurisdiction by the undersigned.

**SO ORDERED.**

At San Juan, Puerto Rico this 24th day of January, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge