IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et. al.

    Plaintiffs

    v.                                    CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et. al.

    Defendants

## REPORT AND RECOMMENDATION

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: March 20, 2000<br><br>Title: Motion in Opposition to Dismissal.<br><br>Docket No.: 22<br>[x] Plffs   [] Defs   [ ] Other | The Court has recommended that Defendants' Motion to Dismiss (Docket No. 19) be **DENIED**. <u>See</u> ruling as to Docket No. 19. |

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: March 10, 2000<br><br>Title: Motion to Dismiss<br><br>Docket No.: 19<br>[] Plffs   [x] Defs   [ ] Other | The Court hereby **RECOMMENDS** that defendants' motion to dismiss for lack of prosecution pursuant to Fed. R. Civ. P. 41 (b) be **DENIED**, as discovery in this case has in effect proceeded. |




**Civil No. 98-2328 (JAG)**                                    -2-

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: June 28, 1999<br><br>Title: Motion in Opposition to Dismissal.<br><br>Docket No.: 14<br>[X] Plffs  [] Defs    [ ] Other | See ruling as to Docket No. 9. |

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: April 9, 1995<br><br>Title: Motion to Dismiss and Supporting Memorandum of Case.<br><br>Docket No.: 9<br>[] Plffs  [x] Defs    [ ] Other | The Court hereby recommends that the complaint be **DISMISSED** as to all claims brought by plaintiff's spouse and their conjugal partnership. These plaintiffs lack standing to sue under Section 1983 since no direct constitutional deprivation is alleged as to them. See, e.g., Quiles Rodríguez v. Calderón, 172 F. Supp. 2d 334, 347 (D.P.R. 2001); Martell v. Commonwealth of Puerto Rico, 48 F. Supp. 2d 81, 93 (D.P.R. 1999). Also the Court **RECOMMENDS** that the supplemental claims of these parties be **DISMISSED**. |

Under the provisions of Rule 510.2, Local Rules, District of Puerto Rico, any party who objects to this report and recommendation must file a written objection thereto with the Clerk of the Court within ten (10) days of the party's receipt of this report and recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. Failure to comply with this rule precludes further appellate review. See Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111(1986); Davet v. Maccorone, 973 F.2d 22, 30-31 (1st Cir. 1992); Paterson-Leitch v. Massachusetts Elec., 840 F.2d 985 (1st Cir. 1988); Borden v. Secretary of Health and Human Servs., 836 F.2d 4, 6 (1st Cir. 1987); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 678 F.2d 376, 378-79 (1st Cir. 1982); Park Motor Mart, Inc. Ford Motor Co., 616

**Civil No. 98-2328 (JAG)**                    -3-

F.2d 603 (1st Cir. 1980).

**SO RECOMMENDED.**

At San Juan, Puerto Rico, this 24th day of January, 2002.

GUSTAVO A. GELPI
United States Magistrate-Judge