IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et. al.

   Plaintiffs

   v.                                  CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et. al.

   Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: May 15, 2001<br><br>Title: Notice of Appearance and Opposition to Plaintiff's Motions<br><br>Docket No.: 27<br>[ ] Plffs   [x] Defs   [ ] Other | Counsel's appearance is hereby **NOTED**. Plaintiff's request for default is denied. See ruling as to Docket No. 26. Plaintiff's motions to dismiss shall be addressed in a separate report and recommendation. The Court has entered an order as to the matter of discovery. See ruling as to Docket No. 25. |

| MOTION | ORDER |
|---|---|
| Date Filed: April 30, 2001<br><br>Title: Motion Requesting Entry of Default.<br><br>Docket No.: 26<br>[x] Plffs   [] Defs   [ ] Other | **DENIED**. |




Civil No. 98-2328 (JAG)                                    -2-

| MOTION | ORDER |
|---|---|
| Date Filed: April 30, 2001<br><br>Title: Motion [requesting discovery order]<br><br>Docket No.: 25<br>[x] Plffs  [] Defs  [ ] Other | **GRANTED**. The Court understands that this discovery should have been provided already. If not, it shall be produced no later than Friday, February 15, 2002. |

Date:   January 24, 2002

GUSTAVO A. GELPI
United States Magistrate Judge