1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

2

3   JAIME SANTIAGO -ACOSTA, et. al.

4      Plaintiff (s)

5         v.                          **CIVIL NO. 98-2328 (JAG)**

6   LUIS A. OLIVER-CANABAL, et. al.

7      Defendant (s)

8   _____

9                    **MINUTES OF PROCEEDINGS**

10      A status conference was held today in chambers.  Discovery in this case was stayed by

11   the undersigned, pending plaintiff's opposition to defendants' motion to dismiss based on

12   qualified immunity grounds, due on February 20, 2002.

13      Plaintiff's counsel informed the Court that he will not be opposing the Court's

14   recommendation that the complaint be dismissed as to plaintiff's spouse and their conjugal

15   partnership.  See Report & Recommendation of January 24, 2002 (Docket No. 30).

16      The Court expects to rule promptly on the pending motion to dismiss.  If the Court

17   recommends that the same be denied, discovery will resume.  The discovery deadline will thus

18   be **June 30, 2002**, and the deadline for filing dispositive motions will be **August 15, 2002**.

19      In San Juan, Puerto Rico this 7th day of February, 2002.

20

21

22

23

24

25                          GUSTAVO A. GELPI
26                       United States Magistrate-Judge
27

28