IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al

    **Plaintiff(s)**

    v.                                            CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et al

    **Defendant(s)**

---

## ORDER

The Court hereby ADOPTS Magistrate-Judge Gustavo Gelpí's Report and Recommendation (Docket 30).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of February 2002.

JAY A. GARCIA-GREGORY
United States District Judge