IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al

    **Plaintiff(s)**

    v.          CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et al

    **Defendant(s)**

### JUDGMENT

Based on the Order dated February 11, 2002, the Court enters judgment dismissing plaintiffs Noemí Laboy-Velez's and the Santiago-Laboy conjugal partnership federal claims with prejudice, and the state law claims without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of February 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge

