CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAR 12 PM 12: 42

RECEIVED AND FILED

1    **IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

2

3    JAIME SANTIAGO -ACOSTA, et. al.

4      Plaintiffs

5        v.                                    **CIVIL NO. 98-2328 (JAG)**

6    LUIS A. OLIVER-CANABAL, et. al.

7      Defendants

8

9                            **ORDER**

10         Having reviewed defendant's *Supplement to Motion to Dismiss* (Docket No. 32), the

11    Court notes that defendants have included as Exhibit A a matter outside of the pleadings.

12    Specifically, defendants have accompanied their motion by a purported copy of the Municipality

13    of Lares Regulations pertaining to the hiring of police officers.  Said Regulation states that

14    persons over the age of thirty six cannot apply for the job plaintiff was denied.

15         The parties are hereby granted until **Friday, March 22, 2002** to present all pertinent

16    material as to the above issue. The Court hereby advises that it will treat defendants' motion to

17    dismiss as one for summary judgment with respect to this specific issue. See Fed. R. Civ. P. 12

18    (c).

19         **SO ORDERED**.

20         At San Juan, Puerto Rico this 11th day of March, 2002.

21

22

23

24

25

26                                         GUSTAVO A. GELPI
                                           United States Magistrate-Judge
27

28

