IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al

**Plaintiff(s)**

v.   CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et al

**Defendant(s)**

---

ORDER

The content of the Order issued March 4, 2002 (Docket 38) is vacated.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of March 2002.

JAY A. GARCIA-GREGORY
United States District Judge



