**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

JAIME SANTIAGO-ACOSTA, et al.

    Plaintiffs

    v.                                                **CIVIL NO. 98-2328 (JAG)**

LUIS A. OLIVER-CANABAL, et al.

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: March 21, 2002<br><br>Title: Urgent Motion for Reconsideration of Order Converting Motion to Dismiss to Motion for Summary Judgment<br><br>Docket No.: 41 | **GRANTED.** The Court will consider the merits of defendant's Rule 12 (b)(6) motion as such without converting the same to a Rule 56(c) motion. See Sebastian v. United States, 185 F. 3d 1368, 1374 (Fed. Cir. 1999) (in deciding Rule 12(b)(6) motion court may take judicial notice of regulations); Demick v. City of Joliet, 108 F. Supp. 2d 1022, 1025 (N.D. Ill. 2001) (same in regards to judicial ordinances and regulations). |
| [ ] Plffs  [x] Defs  [ ] Other | The defendants, however, are **ORDERED** to submit within fifteen (15) days a certified copy of the Municipality of Lares regulation at issue. |



**Civil No. 98-2328 (JAG)**                    -2-

| MOTION | ORDER |
|---|---|
| Date Filed: March 25, 2002 | **MOOT**. <u>See</u> Ruling as to Docket No. 41 which applies to all defendants. |
| Title: Motion Requesting Extension of Time | |
| Docket No.: 42 | |
| [ ] Plffs   [x] Defs     [ ] Other | |

Date:   March 27, 2002

GUSTAVO A. GELPI
United States Magistrate Judge