CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 11  AM 11: 46

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al.

    Plaintiffs

v.       CIVIL NO. 98-2328 (JAG)

LUIS A. OLIVER-CANABAL, et al.

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: April 8, 2002 | **GRANTED.** Defendants shall retain new counsel within thirty (30) days. No further extension shall be granted. |
| Title: Motion Requesting Leave to Withdraw From Legal Representation | |
| Docket No.: 46 | |
| [ ] Plffs  [x] Defs  [ ] Other | |

Date: April 10, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge

