# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al.,

    Plaintiff

v.                                       **CIVIL NO. 98-2328 (JAG)**

LUIS A. OLIVER-CANABAL, et al.,

    Defendant

## REPORT AND RECOMMENDATION

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: April 9, 1999 | See Ruling as to Docket No. 32. |
| Title: Motion to Dismiss and Supporting Memorandum of Law | |
| Docket No.: 9 | |
| [ ] Plffs  [x] Defs  [ ] Other | |

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: June 28, 1999 | See Ruling as to Docket No. 32. |
| Title: Motion in Opposition to Dismissal | |
| Docket No.: 14 | |
| [x] Plffs  [] Defs  [ ] Other | |





Case No. 98-2328 (JAG)                    -2-

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: January 25, 2002<br><br>Title: Supplement to Motion to Dismiss<br><br>Docket No.: 32<br><br>[ ] Plffs   [x] Defs   [ ] Other | The Court **RECOMMENDS** that the Complaint be dismissed in its entirety pursuant to Fed. R. Civ. P. 12(b)(6). In the complaint, plaintiff alleges that he was not recruited as a municipal guard because of his affiliation to the New Progressive Party, in violation of 42 U.S.C. § 1983. Plaintiff, however, admits at ¶ 10 of the Complaint that at the time of the event in question he was thirty nine (39) years of age. This disqualifies *per se* the plaintiff from applying for the position of municipal guard. See Municipality of Lares Ordinances (Exhibits to defendants' *Motion in Compliance with this Court's Order* (Docket No. 47)). Thus, notwithstanding the existence of any political animus on behalf of defendants, the employment action of not hiring plaintiff would have been taken. Consequently, the plaintiff lacks a cause of action. See Mt. Healthy City School Dist. v. Doyle, 429 U.S. 274, 287 (1977); Nethersole v. Bulger, __ F. 3d __, 2002 WL 531125 * 3 (1st Cir. 2002). |

| MOTION | RECOMMENDATION |
|---|---|
| Date Filed: September 5, 2002<br><br>Title: Motion to Join Motion to Dismiss<br><br>Docket No.: 33<br><br>[ ] Plffs   [x] Defs   [ ] Other | **GRANTED.** See Ruling as to Docket No. 32 |

| MOTION | RECOMMENDATION |
|---|---|

Case No. 98-2328 (JAG)                                  -3-

---

Date Filed: March 11, 2002        See Ruling as to Docket No. 32.

Title: Motion in Opposition to Supplement to Motion to Dismiss

Docket No.: 39

[X] Plffs  [] Defs    [ ] Other

---

Under the provisions of Rule 510.2, Local Rules, District of Puerto Rico, any party who objects to this report and recommendation must file a written objection thereto with the Clerk of the Court within ten (10) days of the party's receipt of this report and recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. Failure to comply with this rule precludes further appellate review. See Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111(1986); Davet v. Maccorone, 973 F.2d 22, 30-31 (1st Cir. 1992); Paterson-Leitch v. Massachusetts Elec., 840 F.2d 985 (1st Cir. 1988); Borden v. Secretary of Health and Human Servs., 836 F.2d 4, 6 (1st Cir. 1987); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 678 F.2d 376, 378-79 (1st Cir. 1982); Park Motor Mart, Inc. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

**SO RECOMMENDED.**

Date: April 15, 2002

GUSTAVO A. GELPI
United States Magistrate Judge