IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME SANTIAGO-ACOSTA, et al.

    **Plaintiffs**

    v.

LUIS A. OLIVER-CANABAL, et al.

    **Defendants**

CIVIL NO. 98-2328 (JAG)

**JUDGMENT**

Pursuant to the Opinion and Order entered today, the Court dismisses the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May, 2002.

JAY A. GARCIA-GREGORY
United States District Judge